**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 99-10384
_____


ANTHONY C. AYERS, ERNEST R. KING, DENSHIA MOORE,
JOSEPH C. WILLIAMS,

                                          Plaintiffs-Appellants,


VERSUS


OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL-CIO,


                                          Defendant-Appellee


_____

No. 99-11006
_____


ANTHONY C. AYERS; ET AL.,

                                          Plaintiffs,


MAELISSA R.M. WATSON,

                                          Appellant,

OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL-CIO,

                                          Defendant-Appellee.


Appeal from the United States District Court
For the Northern District of Texas
(3:95-CV-2754-R)


May 5, 2000

Before REAVLEY, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the argument and briefs of counsel, we are satisfied that the district court committed no error in this case. Accordingly, the judgment of the district court is affirmed.

AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.